## WILLIAM WALKER v. JOHN ORR.

### On a Caveat.

Plaintiff on March 17, 1785, entered the following caveat, to-wit

"Let no grant issue to John Orr for 37,500 acres of land, lying in Fayette county, on Raven creek, a south-west branch of the south fork of Licking, surveyed April 7th, 1784, by virtue of an entry made upon a treasury warrant, No. 19,112, because 'William Walker claims a part of said land, upon a survey made by virtue of an entry made upon treasury warrants, for 21,400 acres, prior to the date of said Orr's entry."

The plaintiff on the 19th day of December, in the year 1782, made the following entry with the county surveyor, to-wit:

"William Walker, assignee of Merry Walker, enters 21,400 acres of land on 14 T. W'ts. No. 7,685, etc., to be laid off in one or more surveys, lying on the lower side of Raven creek, a branch of the south fork of Licking creek, and running to said fork, on the south-west side, perhaps about seven miles above the mouth of the south fork. This creek may be more particularly distinguished by the words (Wm. Kennedy, June, 1776) being cut on a tree standing in the forks of said Raven creek, about four miles from the mouth of it; beginning on the south-west bank of the south fork of Licking, at the mouth of Raven creek, and running down the south-west side of the south fork, and binding on the same, as far as will amount to two miles, when reduced to a straight line from the beginning; then running from the beginning a south-westwardly course, along the back of a ridge on the lower side of Raven creek, so as to strike said creek at the mouth of a branch on the north-west side of where Wm. Kennedy and Wm. Gryden barked several trees to cover their camps, in June, 1776; thence running up said creek to the forks, then running up the main branch or eastwardly fork, about two miles; then running a westwardly course, so as to cross the west fork of Raven creek, about 160 poles above Doe run, it being a west branch of said creek; then running from the lower end of the line of two miles, on the branch of the south fork of Licking, and also running from where the other line crosses the west fork of Raven creek a westwardly course, and continuing westwardly between these lines until the quantity is obtained."

The defendant, on the 20th day of January, in the year 1784, made the following entry with the county surveyor, to-wit :

"John Orr, assignee of Henry Banks, enters 5,000 acres of land on a treasury warrant, No. 19,112, lying on the waters of Raven creek, a south-west branch of the south fork of Licking, running into the said south fork about seven miles above the mouth thereof, being the same creek that Wm. Walker's entry of 21,400 acres is entered on ; beginning on the west bank of the main east fork of said Raven creek, on a direct line, six miles from the mouth of said Raven creek ; running thence north 20 west, 3000 poles; thence south 70 west, 2000 poles; thence south 20 east, 4000 poles; thence north 70 east, 2000 poles; thence north 20 west, 1000 poles to the beginning, including the quantity."

The annexed plat No. 15, was returned in this cause, of which the following is an explanation :

N° 15

Madison v. James.

A B C D E F G H I K, William Walker's survey of 17,500 acres, on entry of 21,400 acres. The dotted lines are two lines of John Orr's survey. A L M D E F G H I K, William Walker's survey, as directed by the court. K I, the land of Morton. H G, the land of Fisher. G F E D, the land of Morton. The largest water course is the south fork of Licking. 1 to 2, Raven creek. 2 to 3, main branch of eastwardly fork. 2 to 5, west fork of Raven creek. 4 to 6, Doe run. From L, along the interrupted line, to the intersection with the dotted line, and along the black line to the intersection with the dotted line, is the interference, which is 2783 acres and 90 poles.

By THE COURT.—The plaintiff ought to have extended his survey from the south fork of Licking, and the main or east fork of Raven creek, from the extreme points called for in his location, and ascertained by his survey between parallel lines, run north 80 degrees west from said points, so far that a line run at right angles to the said parallel lines, would include the quantity of 21,400 acres.

Judgment for the plaintiff for the interference with his survey thus made, being 2783 acres and 90 poles, and costs.